**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

October 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: sec

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>**v**<br><br>**WILBER RAFAEL GARCES-PEREZ**<br>**Defendant** | **<u>INDICTMENT</u>**<br><br>**[Ct. 1: 18 U.S.C § 111(a)(1) & (b) – Assaulting, Resisting, Impeding, and Obstructing a Federal Officer]**<br><br>**1:26-cr-00478-ABD** |

**THE GRAND JURY CHARGES:**

**<u>COUNT ONE</u>**
**Assaulting, Resisting, Impeding, and Obstructing a Federal Officer**
**[18 U.S.C. § 111(a)(1) & (b)]**

On or about September 20, 2026, in the Western District of Texas, Defendant,

**WILBER RAFAEL GARCES-PEREZ,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: L.G. and D.F., who were engaged in the performance of their official duties, and used a deadly and dangerous weapon during the commission of the offense, namely a motor vehicle.

In violation of 18 U.S.C. § 111(a)(1) & (b).

[redacted]
FOREPERSON

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

By: ______________________________
FOR: BRITNI VERDEJA
ASSISTANT UNITED STATES ATTORNEY